

# NUMBER 13-22-00098-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**VETS SECURING AMERICA,**                                             **Appellant,**

**v.**

**EDWARD SMITH,**                                                  **Appellee.**

---

## On appeal from the County Court at Law No. 2
## of Nueces County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Memorandum Opinion by Justice Tijerina

This matter is before the Court on appellant's unopposed amended motion to dismiss appeal. Appellant requests dismissal, and appellee will not be prevented from seeking relief to which he would otherwise be entitled.

The Court, having considered appellant's amended motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's

unopposed amended motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
31st day of March, 2022.